It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2008–0430. **State ex rel. Feltner v. HMDC, Inc.**
Franklin App. 07AP–180, 2008-Ohio-467.

## CASE ANNOUNCEMENTS
*August 13, 2008*

[Cite as *08/13/2008 Case Announcements #2*, 2008-Ohio-4072.]

## DISCIPLINARY CASES

2008–0395. **Disciplinary Counsel v. Freeman.**
This matter is pending before the court upon the report of the Board of Commissioners on Grievances and Discipline. On May 12, 2008, respondent filed a request to seal mitigating factors contained in the board's report. Upon consideration thereof,
It is ordered by the court that the request to seal is denied.

## CASE ANNOUNCEMENTS
*August 14, 2008*

[Cite as *08/14/2008 Case Announcements*, 2008-Ohio-4084.]

## MOTION AND PROCEDURAL RULINGS

2008–1590. **Ealy v. Stewart.**
Montgomery App. No. 22032. This cause was filed as a discretionary appeal. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).
It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Montgomery County, and the parties shall brief this case in accordance with S.Ct.Prac.R. VI.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2008–1488. **State ex rel. Bryant v. Meyer Co.**
Franklin App. No. 07AP–731, 2008-Ohio-3292.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2008–1035. **Olmstead Falls Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2005–H–1436.